NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1225, -1244

FUNAI ELECTRIC COMPANY, LTD.,

Plaintiff-Cross Appellant,

v.

DAEWOO ELECTRONICS CORPORATION
and DAEWOO ELECTRONICS AMERICA, INC.,

Defendants-Appellants,

and

DAEWOO ELECTRONICS COMPANY, LTD.,
DAEWOO ELECTRONICS CORPORATION OF AMERICA, INC.,
and DAEWOO ELECTRIC MOTOR INDUSTRIES, LTD.,

Defendants.

Appeals from the United States District Court for the Northern District of California
in case no. 04-CV-01830, Magistrate Judge Joseph C. Spero.

ON MOTION

ORDER

The court treats the appellants' April 22, 2009 motion to withdraw all exhibits to its April 17, 2009 motion as a motion for leave to file confidential and nonconfidential versions of its exhibits that supported that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The previously submitted exhibits in support of the April 17, 2009 motion will be treated as confidential exhibits and will be withdrawn from the

public file. The confidential and nonconfidential versions of the exhibits submitted with the April 22, 2009 motion will be filed appropriately.

FOR THE COURT

APR 3 0 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2009

JAN HORBALY
CLERK

cc: Michael J. Lyons, Esq.
Perry R. Clark, Esq.

s8